IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00569 |
| ) | |
| VANDERBILT UNIVERSITY, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |

## ORDER

Pending before the Court is Plaintiff's Motion to Seal Original Complaint (Doc. No. 6). Through the Motion, Plaintiff requests the Court permit him "to substitute an Amended Complaint for this Original Complaint placed under seal," and "to proceed under pseudonym." Plaintiff contends that requiring him to proceed under his name would disclose information of the personal intimacy and would disclose educational records protected from disclosure by the Family Educational Rights and Privacy Act.

The Motion is **GRANTED** as follows: Plaintiff shall be permitted to substitute the complaint currently filed at Docket No. 1 with a version that does not refer to Plaintiff or the alleged victim by name. Plaintiff may refer to himself and the alleged victim by initials or pseudonym, pending further order of the Court. The Clerk is directed to remove the complaint currently filed at Docket No. 1 from the docket.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE