BEFORE THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT
OF TENNESSEE AT NASHVILLE

ORDER: Motion granted.

*U.S. Magistrate Judge*

| | |
|---|---|
| JOHN DOE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:18-cv-00569 |
| | ) District Judge William L. Campbell, Jr. |
| | ) Magistrate Judge Jeffrey S. Frensley |
| VANDERBILT UNIVERSITY, MARY HELEN SOLOMON, and CARA TUTTLE BELL, | ) |
| Defendants. | ) |

**PLAINTIFF JOHN DOE'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Comes the Plaintiff, by and through counsel, and moves this Honorable Court for leave to file the Second Amended Complaint attached hereto as Exhibit A, pursuant to Rule 15 of the Federal Rules of Civil Procedure.

FRCP 15(a)(1)(B) provides that Plaintiff may amend his complaint once as a matter of course within 21 days after service of Defendant's motion under Rule 12(b)(6). Furthermore, in all cases, a party may amend its pleadings with leave of the Court, and such leave should be freely given when justice so requires. By amending his complaint, Plaintiff arranges his pleadings to reflect the pleading standards articulated in *Doe v. Miami University,* 882 F.3d 579, updates his pleadings to reflect law articulated in the Eastern District of Michigan's recent decision in *Doe v. University of Michigan*, 2018 WL 3329575, (E.D.Mich., 2018), and makes other changes responsive to issues raised in Defendant's Motion to Dismiss.