IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:18-cv-00569 |
| ) | |
| VANDERBILT UNIVERSITY, et al., ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. ) | |

## ORDER

Pending before the Court is a Defendants' Motion to Dismiss (Doc. No. 15), which was filed on August 10, 2018, and seeks dismissal of claims asserted in Plaintiff's First Amended Complaint (Doc. No. 8). On September 24, 2018, Plaintiff filed a Second Amended Complaint (Doc. No. 35). Accordingly, Defendants' Motion to Dismiss (Doc. No. 15) is **DENIED**, as moot.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE