IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE ) | |
|     Plaintiff(s) ) | |
| ) | |
| v. ) | Case No. 3:18-0569 |
| ) | Judge Campbell /Frensley |
| ) | |
| VANDERBILT UNIVERSITY, et al. ) | |
|     Defendant(s) ) | |

**O R D E R**

On October 9, 2018, Defendant filed a Motion to Dismiss with supporting documents. Docket Nos. 39-40. Pursuant to Rule 12 Fed.R.Civ.P., and the Local Rules of this Court 7.01(a), Plaintiff shall file a response within 14 days of the filing of the Motion, optional replies are due within seven (7) days after the filing of the response. Any filings made related to the Motion to Dismiss (for extensions of time, exceed the page limits, seal documents, or make manual filings) shall be considered by the Honorable William L. Campbell, Jr., District Judge.

    IT IS SO ORDERED.

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge