IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:18-cv-00569 |
| | ) | |
| VANDERBILT UNIVERSITY, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) | |

### ORDER

Pending before the Court is Defendants' Motion to Dismiss. (Doc. No. 39). Plaintiff filed a Response in Opposition (Doc. No. 42), and Defendants filed a Reply. (Doc. No. 43). For the reasons set forth in the accompanying Memorandum, Defendants' Motion to Dismiss is **GRANTED**.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE